| | |
|---|---|
| 1 | **JEFFERY A. BENDAVID, ESQ.** |
| | Nevada Bar No. 6220 |
| 2 | **STEPHANIE J. SMITH, ESQ.** |
| 3 | Nevada Bar No. 11280 |
| | **MORAN BRANDON BENDAVID MORAN** |
| 4 | 630 South 4th Street |
| | Las Vegas, Nevada 89101 |
| 5 | (702) 384-8424 |
| 6 | *Attorneys for Trepco Imports & Distribution, LTD.* |

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| OUTLAW LABORATORY, LP, a Texas limited partnership, | Case No.: 2:18-cv-00369 |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEFENDANT, TREPCO IMPORTS & DISTRIBUTION'S TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| TREPCO IMPORTS & DISTRIBUTION, LTD. d/b/a TREPCO WEST d/b/a TREPCO SALES COMPANY d/b/a KENNEDY WHOLESALE, a Michigan Corporation, DAVID WEBBER d/b/a WHOLE SCIENCE HEALTH d/b/a PASSION PLUS, an individual, HILAL SOHAM TOMA d/b/a CITY SMOKES & VAPORS, an individual, HIGUCHI DEVELOPER, INC., a Nevada Corporation, ALPHA SMOKE SHOP INC., a Nevada Corporation, MUKUND NAIK d/b/a JAY'S SMOKE SHOP & GIFT SHOP, an individual, RYAN STORE INC. d/b/a A&A SMOKE SHOP, a Nevada Corporation, MIRACLE 21 CORPORATION d/b/a CIGARETTES FRAGRANCES, a Nevada Corporation, HIGH CLASS HOOKAH SHOP, LLC, a Nevada Limited Liability Company, JTR INCORPORATED d/b/a MR. BILL'S PIPE & TOBACCO COMPANY, a Nevada Corporation, and Does 1 through 100, inclusive, | |
| Defendant. | |



Plaintiff, OUTLAW LABORATORY, LP, a Texas limited partnership, ("Plaintiff") and Defendant, Trepco Imports & Distribution, LTD. d/b/a TREPCO WEST d/b/a TREPCO SALES COMPANY d/b/a KENNEDY WHOLESALE, a Michigan Corporation, ("Defendant"), by and through their undersigned attorneys, submit the following Stipulation and Order to Extend Defendant, Trepco Imports & Distribution's Time to File a Responsive Pleading to Plaintiff's Complaint. Plaintiff filed their Complaint on February 28, 2018 and served it on March 6, 2018. Defendant, Trepco Imports & Distribution, LTD seeks an extension to file a responsive pleading to Plaintiff's Complaint to be filed and served on April 27, 2018.

| | |
|---|---|
| **LERNER & WEISS** | **MORAN BRANDON BENDAVID MORAN** |
| /s/ Landon Lerner, Esq. | |
| **LANDON LERNER, ESQ.** | /s/ Jeffery A. Bendavid, Esq. |
| Nevada Bar No. 13368 | **JEFFERY A. BENDAVID, ESQ.** |
| 304 S. Jones Blvd. | Nevada Bar No. 6220 |
| Suite 592 | **STEPHANIE J. SMITH, ESQ.** |
| Las Vegas, NV 89107 | Nevada Bar No. 11280 |
| | 630 South 4th Street |
| **TAULER SMITH** | Las Vegas, Nevada 89101 |
| | (702) 384-8424 |
| /s/ Kevin Valsi, Esq. | *Attorneys for Trepco Imports &* |
| **KEVIN VALSI, ESQ.** | *Distribution, LTD.* |
| 626 Wilshire Blvd., Suite 510 | |
| Los Angeles, CA 90017 | |
| *Attorneys for Plaintiff Outlaw Laboratory, LP* | |

IT IS SO ORDERED.

_____
**UNITED STATES MAGISTRATE JUDGE**

Dated: March 26, 2018 .