Landon Lerner, Esq. (Bar No. 13368)
Lerner & Weiss
304 S. Jones Blvd.
Suite 592
Las Vegas, Nevada 89107
Tel: (818)986-0893
Email: landonl@lernerweisslaw.com

Kevin Valsi, Esq. *(Pro Hac Vice)*
Tauler Smith LLP
626 Wilshire Blvd., Suite 510
Los Angeles, CA 90017
Telephone: (310) 590-3927
Email: kvalsi@taulersmith.com

Attorneys for Plaintiff
OUTLAW LABORATORY, LP

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OUTLAW LABORATORY, LP, a Texas limited partnership,<br><br>                Plaintiff,<br><br>vs.<br><br>TREPCO IMPORTS & DISTRIBUTION, LTD. D/B/A TREPCO WEST D/B/A TREPCO SALES COMPANY D/B/A KENNEDY WHOLESALE, a Michigan Corporation, DAVID WEBBER D/B/A WHOLE SCIENCE HEALTH D/B/A PASSION PLUS, an individual, HILAL SOHAM TOMA D/B/A CITY SMOKES & VAPORS, an individual, HIGUCHI DEVELOPER, INC., a Nevada Corporation, ALPHA SMOKE SHOP INC, a Nevada Corporation, | **CASE NO. 18-cv-369**<br><br>**NOTICE OF CONFIDENTIAL SETTLEMENT AND REQUEST FOR DISMISSAL WITH PREJUDICE AS TO JTR INCORPORATED D/B/A MR. BILL'S PIPE & TOBACCO COMPANY** |

MUKUND NAIK D/B/A JAY'S SMOKE SHOP & GIFT SHOP, an individual, RYAN STORE INC D/B/A A&A SMOKE SHOP, a Nevada Corporation, MIRACLE 21 CORPORATION D/B/A CIGARETTES FRAGRANCES, a Nevada Corporation, HIGH CLASS HOOKAH SHOP, L.L.C., a Nevada Limited Liability Company, JTR INCORPORATED D/B/A MR. BILL'S PIPE & TOBACCO COMPANY, a Nevada Corporation, and DOES 1 through 100, inclusive,

Defendants.

NOTICE OF SETTLEMENT AS TO JTR INCORPORATED D/B/A MR. BILL'S PIPE & TOBACCO COMPANY

**TO THE HONORABLE COURT:**

Plaintiff, Outlaw Laboratory, LP, hereby submits this Notice of Confidential Settlement and Request For Dismissal With Prejudice as to JTR Incorporated D/B/A Mr. Bill's Pipe & Tobacco Company, and no other defendant, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted.

DATED: April 26, 2018                                        LERNER & WEISS


                                                        By:  _/s/ Landon Lerner_____
                                                             Landon Lerner, Esq.

NOTICE OF SETTLEMENT AS TO JTR INCORPORATED D/B/A MR. BILL'S PIPE & TOBACCO COMPANY