# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| OUTLAW LABORATORY, LP, | Case No. 2:18-cv-00369-JAD-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| TREPCO IMPORTS & DISTRIBUTION, LTD, et al., | |
| Defendants. | |

This matter is before the court on defendant Higuchi Developer, Inc.'s ("Higuchi") demand for security of costs (ECF No. 26), filed on April 16, 2018. In response, plaintiff Outlaw Laboratory, LP ("Outlaw") filed what appears to be a photocopy of a surety bond (ECF No. 27). Higuchi did not file a reply.

While it appears that Outlaw does not oppose the motion and has obtained a surety bond, the court has not received the original surety bond paperwork. Outlaw must file that paperwork at the intake window in the clerk of court's office by June 15, 2018.

IT IS SO ORDERED.

DATED: May 24, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE