**U.S. District Court**
**District of Nevada**
333 Las Vegas Blvd. So.
Las Vegas, NV 89101

# Official Receipt Form



Note: This receipt is valid only with the corresponding AO82 receipt attached.

**Receipt Number:** 55416

**Date:** 06/18/2018

**Received From:**

**Name:** Elliot S. Blut, Esq., Blut Law Group, PC

**Address:** 300 South Fourth Street, Suite 701

**City:** Las Vegas   **State:** NV   **Zip Code:** 89101

**Case Reference:** Outlaw Laboratory, LP v. Trepco Imports & Distribution, LTD, et al.

Description of Collateral:

Bond No. 106912367 from Travelers Casualty and Surety Company of America.

Bond in the amount of $500.00 posted by Plaintiff Outlaw Laboratory, LP, pursuant to Order (ECF No. 37) for security of costs in 2:18-cv-369-JAD-CWH.

NOTE: THIS ORIGINAL RECEIPT MUST BE RETURNED TO THE CLERK OF COURT WHEN THIS BOND / COLLATERAL IS RELEASED

Receipted By: _/s/_

Original receipt must be returned to the Court when exonerated.

ORIGINAL RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEVADA
at _____

№ 55416

NOTE: This receipt is valid only with the corresponding "Official Receipt Form" attached.

AO82 SWEDA
(Rev. 4/90)

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| 086900 | Filing Fees |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution to U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |

IN THE **DISTRICT** COURT, COUNTY OF **CLARK**

STATE OF **NEVADA**

Bond # 106912367

Plaintiff(s), **OUTLAW LABORATORY, LP, a Texas limited partnership**

Vs.

Defendant(s) **HIGUCHI DEVELOPER, INC., a Nevada Corporation**

**BOND FOR COST**

CASE NO:

2:18-cv-00369

**KNOW ALL MEN BY THESE PRESENTS**, that OUTLAW LABORATORY, LP, a Texas limited partnership as Principal and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, as surety, are held and firmly bound unto HIGUCHI DEVELOPER, INC., a Nevada Corporation in the sum of FIVE HUNDRED ( $500.00 ) Dollars, lawful money of the United States of America, to be paid unto the said HIGUCHI DEVELOPER, INC., a Nevada Corporation or assigns to which payment jointly and severally by these presents.

Sealed with our seal and dated this 25TH day of APRIL, 2018.

**WHEREAS**, the above named OUTLAW LABORATORY, LP, a Texas limited partnership commences an action in the DISTRICT Court, County of CLARK, State of NEVADA against the said HIGUCHI DEVELOPER, INC., a Nevada Corporation

**NOW, THEREFORE THE CONDITION OF THIS OBLIGATION IS SUCH** that the above named OUTLAW LABORATORY, LP, a Texas limited partnership in the said action shall pay on demand all costs that may be adjudged, or awarded against OUTLAW LABORATORY, LP, a Texas limited partnership as aforesaid in said action; then this obligation shall be void; otherwise the same shall remain in full force and virtue. At no time shall the suretys liability exceed the penal sum indicated above.

OUTLAW LABORATORY, LP, a Texas limited partnership

BY: _____

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

BY: _____

MICHAEL K NESCHKE, Attorney-in-fact

S-6579 (7/04)



# TRAVELERS

## POWER OF ATTORNEY

| | |
|---|---|
| Farmington Casualty Company | St. Paul Mercury Insurance Company |
| Fidelity and Guaranty Insurance Company | Travelers Casualty and Surety Company |
| Fidelity and Guaranty Insurance Underwriters, Inc. | Travelers Casualty and Surety Company of America |
| St. Paul Fire and Marine Insurance Company | United States Fidelity and Guaranty Company |
| St. Paul Guardian Insurance Company | |

Surety Bond No.   **106912367**

Principal: **Outlaw Laboratory, LP**
6666 Gulf Freeway Houston, TX 77087

Obligee: **Clark County District Court**
200 Lewis Ave LAS VEGAS, NV 89155

**KNOW ALL MEN BY THESE PRESENTS:** That Farmington Casualty Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company, are corporations duly organized under the laws of the State of Connecticut, that Fidelity and Guaranty Insurance Company is a corporation duly organized under the laws of the State of Iowa, and that Fidelity and Guaranty Insurance Underwriters, Inc. is a corporation duly organized under the laws of the State of Wisconsin (herein collectively called the "Companies"), and that the Companies do hereby make, constitute and appoint **MICHAEL K NESCHKE**, of the City of **MOUNT JULIET**, State of **TN**, their true and lawful Attorney(s)-in-Fact, to sign, execute, seal and acknowledge the surety bond referenced above.

**IN WITNESS WHEREOF**, the Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this **7th** day of **July, 2016.**

| | |
|---|---|
| Farmington Casualty Company | St. Paul Mercury Insurance Company |
| Fidelity and Guaranty Insurance Company | Travelers Casualty and Surety Company |
| Fidelity and Guaranty Insurance Underwriters, Inc. | Travelers Casualty and Surety Company of America |
| St. Paul Fire and Marine Insurance Company | United States Fidelity and Guaranty Company |
| St. Paul Guardian Insurance Company | |



State of Connecticut

City of Hartford ss.

By: _____
Robert L. Raney, Senior Vice President

On this the **7th** day of **July, 2016**, before me personally appeared **Robert L. Raney**, who acknowledged himself to be the Senior Vice President of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company, and that he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

**In Witness Whereof**, I hereunto set my hand and official seal.
My Commission expires the **30th** day of **June, 2021.**



_____
Marie C. Tetreault, Notary Public

This Power of Attorney is granted under and by the authority of the following resolutions adopted by the Boards of Directors of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company, which resolutions are now in full force and effect, reading as follows:

**RESOLVED**, that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President, any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary may appoint Attorneys-in-Fact and Agents to act for and on behalf of the Company and may give such appointee such authority as his or her certificate of authority may prescribe to sign with the Company's name and seal with the Company's seal bonds, recognizances, contracts of indemnity, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking, and any of said officers or the Board of Directors at any time may remove any such appointee and revoke the power given him or her; and it is

**FURTHER RESOLVED**, that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President may delegate all or any part of the foregoing authority to one or more officers or employees of this Company, provided that each such delegation is in writing and a copy thereof is filed in the office of the Secretary; and it is

**FURTHER RESOLVED**, that any bond, recognizance, contract of indemnity, or writing obligatory in the nature of a bond, recognizance, or conditional undertaking shall be valid and binding upon the Company when (a) signed by the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary and duly attested and sealed with the Company's seal by a Secretary or Assistant Secretary; or (b) duly executed (under seal, if required) by one or more Attorneys-in-Fact and Agents pursuant to the power prescribed in his or her certificate or their certificates of authority or by one or more Company officers pursuant to a written delegation of authority; and it is

**FURTHER RESOLVED**, that the signature of each of the following officers: President, any Executive Vice President, any Senior Vice President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary, and the seal of the Company may be affixed by facsimile to any Power of Attorney or to any certificate relating thereto appointing Resident Vice Presidents, Resident Assistant Secretaries or Attorneys-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such Power of Attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding on the Company in the future with respect to any bond or understanding to which it is attached.

I, Kevin E. Hughes, the undersigned, Assistant Secretary, of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company do hereby certify that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is in full force and effect and has not been revoked.

**IN TESTIMONY WHEREOF**, I have hereunto set my hand and affixed the seals of said Companies this 25 day of April, 2018.

_Kevin E. Hughes_
Kevin E. Hughes, Assistant Secretary

        

*To verify the authenticity of this Power of Attorney, call 1-800-421-3880 or contact us at www.travelersbond.com. Please refer to the above-named individuals and the details of the bond to which the power is attached.*



**A1SuretyBonds.com**
11205 LEBANON RD #13
MOUNT JULIET, TN 37122

Phone 800.737.4880  Fax 800.737.1551

# Surety Bond Receipt

Date: 4/25/2018

To: Shawn Lynch
6666 Gulf Freeway
Houston        Texas        77087

## Security of Costs

Thank you for your recent purchase! Attached you will find your ,
which you will need to sign if/where indicated and turn into the entity requiring the bond. We highly recommend you keep a copy of the bond for your records.

| Bond Number: | 106912367 |
|---|---|
| Bond Amount: | $500.00 |
| Bond Premium: | $100.00 |
| Shipping | $0.00 |
| Credit Card fee for amounts over $1000: | $0.00 |
| Payment Received: | $100.00 |

For future reference, when calling our office or in correspondence, please reference your **Account ID #** 75810

Please help us keep your information up to date by advising if there are any changes to your account (address, phone, email, etc.) Furthermore, if there has been any material change in ownership, business name or bond requirement, please let us know.

Thank you for using A1SuretyBonds.com for *all* of your bonding needs!

   The Surety Syndicate, LLC dba A1SuretyBonds.com is rated A+ by the Better Business Bureau!   

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| OUTLAW LABORATORY, LP, <br><br> Plaintiff, <br><br> v. <br><br> TREPCO IMPORTS & DISTRIBUTION, LTD, et al., <br><br> Defendants. | Case No. 2:18-cv-00369-JAD-CWH <br><br> **ORDER** |

This matter is before the court on defendant Higuchi Developer, Inc.'s ("Higuchi") demand for security of costs (ECF No. 26), filed on April 16, 2018. In response, plaintiff Outlaw Laboratory, LP ("Outlaw") filed what appears to be a photocopy of a surety bond (ECF No. 27). Higuchi did not file a reply.

While it appears that Outlaw does not oppose the motion and has obtained a surety bond, the court has not received the original surety bond paperwork. Outlaw must file that paperwork at the intake window in the clerk of court's office by June 15, 2018.

IT IS SO ORDERED.

DATED: May 24, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE