Kevin Valsi, Esq. (*Pro Hac Vice*)
Tauler Smith LLP
626 Wilshire Blvd., Suite 510
Los Angeles, CA 90017
Tel: (310) 492-5129
kvalsi@taulersmith.com

Attorneys for Plaintiff
OUTLAW LABORATORY, LP

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OUTLAW LABORATORY, LP, a Texas limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>TREPCO IMPORTS & DISTRIBUTION, LTD. D/B/A TREPCO WEST D/B/A TREPCO SALES COMPANY D/B/A KENNEDY WHOLESALE, a Michigan Corporation, DAVID WEBBER D/B/A WHOLE SCIENCE HEALTH D/B/A PASSION PLUS, an individual, HILAL SOHAM TOMA D/B/A CITY SMOKES & VAPORS, an individual, HIGUCHI DEVELOPER, INC., a Nevada Corporation, ALPHA SMOKE SHOP INC, a Nevada Corporation, MUKUND NAIK D/B/A JAY'S SMOKE SHOP & GIFT SHOP, an individual, RYAN STORE INC D/B/A A&A SMOKE SHOP, a Nevada Corporation, MIRACLE 21 CORPORATION D/B/A CIGARETTES FRAGRANCES, a Nevada Corporation, HIGH CLASS | CASE NO. 2:18-cv-00369<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MUKUND NAIK D/B/A JAY'S SMOKE SHOP & GIFT SHOP** |

| | |
|---|---|
| 1 | HOOKAH SHOP, L.L.C., a Nevada Limited Liability Company, JTR INCORPORATED D/B/A MR. BILL'S PIPE & TOBACCO COMPANY, a Nevada Corporation, and DOES 1 through 100, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |

NOTICE IS HEREBY GIVEN that pursuant to FRCP 41(a)(1)(A)(i), Plaintiff OUTLAW LABORATORY, LP voluntarily dismisses Defendant MUKUND NAIK from the above-captioned action without prejudice.

DATED:  August 13, 2018                    TAULER SMITH LLP


                                           By: __/s/ Kevin Valsi_____
                                               Kevin Valsi
                                               OUTLAW LABORATORY, LP