Elliot S. Blut, Esq.
Blut Law Group, PC
300 South Fourth Street, Suite 701
Las Vegas, Nevada 89101
Tel: (702) 384-1050
Email: eblut@blutlaw.com

Kevin Valsi, Esq. (*Pro Hac Vice*)
Tauler Smith LLP
626 Wilshire Blvd., Suite 510
Los Angeles, CA 90017
Telephone: (310) 492-5129
Email: rtauler@taulersmith.com

Attorneys for Plaintiff
OUTLAW LABORATORY, LP

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OUTLAW LABORATORY, LP, a Texas limited partnership, <br><br> Plaintiff, <br><br> vs. <br><br> TREPCO IMPORTS & DISTRIBUTION, LTD. D/B/A TREPCO WEST D/B/A TREPCO SALES COMPANY D/B/A KENNEDY WHOLESALE, a Michigan Corporation, DAVID WEBBER D/B/A WHOLE SCIENCE HEALTH D/B/A PASSION PLUS, an individual, HILAL SOHAM TOMA D/B/A CITY SMOKES & VAPORS, an individual, HIGUCHI DEVELOPER, INC., a Nevada Corporation, ALPHA SMOKE SHOP INC, a Nevada Corporation, | **CASE NO. 2:18-cv-00369** <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MIRACLE 21 CORPORATION D/B/A CIGARETTES FRAGRANCES** |

**NOTICE OF VOLUNTARY DISMISSAL OF MIRACLE 21 CORPORATION**

1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | MUKUND NAIK D/B/A JAY'S SMOKE SHOP & GIFT SHOP, an individual, RYAN STORE INC D/B/A A&A SMOKE SHOP, a Nevada Corporation, MIRACLE 21 CORPORATION D/B/A CIGARETTES FRAGRANCES, a Nevada Corporation, HIGH CLASS HOOKAH SHOP, L.L.C., a Nevada Limited Liability Company, JTR INCORPORATED D/B/A MR. BILL'S PIPE & TOBACCO COMPANY, a Nevada Corporation, and DOES 1 through 100, inclusive,<br><br>                    Defendants. |

NOTICE IS HEREBY GIVEN that pursuant to FRCP 41(a)(1)(A)(i), Plaintiff OUTLAW LABORATORY, LP voluntarily dismisses Defendant MIRACLE 21 CORPORATION D/B/A CIGARETTES FRAGRANCES from the above-captioned action without prejudice.

DATED: March 21, 2019                     TAULER SMITH LLP


                                          By: __/s/ Kevin Valsi_____
                                             Kevin Valsi
                                             OUTLAW LABORATORY, LP

**NOTICE OF VOLUNTARY DISMISSAL OF MIRACLE 21 CORPORATION**

3