Elliot S. Blut, Esq.
Blut Law Group, PC
300 South Fourth Street, Suite 701
Las Vegas, Nevada 89101
Tel: (702) 384-1050
Email: eblut@blutlaw.com

Kevin Valsi, Esq. (*Pro Hac Vice*)
Tauler Smith LLP
626 Wilshire Blvd., Suite 510
Los Angeles, CA 90017
Telephone: (310) 492-5129
Email: rtauler@taulersmith.com

Attorneys for Plaintiff
OUTLAW LABORATORY, LP

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OUTLAW LABORATORY, LP, a Texas limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>TREPCO IMPORTS & DISTRIBUTION, LTD. D/B/A TREPCO WEST D/B/A TREPCO SALES COMPANY D/B/A KENNEDY WHOLESALE, a Michigan Corporation, DAVID WEBBER D/B/A WHOLE SCIENCE HEALTH D/B/A PASSION PLUS, an individual, HILAL SOHAM TOMA D/B/A CITY SMOKES & VAPORS, an individual, HIGUCHI DEVELOPER, INC., a Nevada | **CASE NO. 2:18-cv-00369**<br><br>**Stipulation and Order Dismissing Claims against High Class Hookah Shop LLC**<br><br>ECF No. 62 |

**JOINT STIPULATION TO DISMISS**

| | |
|---|---|
| 1 | Corporation, ALPHA SMOKE SHOP INC, a Nevada Corporation, MUKUND NAIK D/B/A JAY'S SMOKE SHOP & GIFT SHOP, an individual, RYAN STORE INC D/B/A A&A SMOKE SHOP, a Nevada Corporation, MIRACLE 21 CORPORATION D/B/A CIGARETTES FRAGRANCES, a Nevada Corporation, HIGH CLASS HOOKAH SHOP, L.L.C., a Nevada Limited Liability Company, JTR INCORPORATED D/B/A MR. BILL'S PIPE & TOBACCO COMPANY, a Nevada Corporation, and DOES 1 through 100, inclusive, |
| | Defendants. |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Outlaw Laboratory, LP and Defendant High Class Hookah Shop L.L.C. (collectively, the "Parties"), hereby submit this Joint Stipulation to Dismiss, and move for the dismissal with prejudice of Defendant High Class Hookah Shop L.L.C.  Parties agree to each bear their own attorneys' fees and costs.

DATED: March 21, 2019

TAULER SMITH LLP

By:__/s/ Kevin Valsi_____
Kevin Valsi Esq.
OUTLAW LABORATORY, LP

DATED: March 21, 2019

ROGER P. CROTEAU & ASSOCIATES, LTD.

_____
By:__ s/ Roger P. Croteau_____

Roger P. Croteau, Esq.
High Class Hookah Shop, LLC

## ORDER

Based on the parties' stipulation **[ECF No. 62]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST **High Class Hookah Shop LLC** are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 23, 2019

**JOINT STIPULATION TO DISMISS**