1  Elliot S. Blut, Esq.
2  Blut Law Group, PC
   300 South Fourth Street, Suite 701
3  Las Vegas, Nevada 89101
   Tel: (702) 384-1050
4  Email: eblut@blutlaw.com

5
   Kevin Valsi, Esq. (*Pro Hac Vice*)
6  Tauler Smith LLP
   626 Wilshire Blvd., Suite 510
7  Los Angeles, CA 90017
   Telephone: (310) 492-5129
8  Email: rtauler@taulersmith.com

9
   Attorneys for Plaintiff
10 OUTLAW LABORATORY, LP

11

12

13                  **UNITED STATES DISTRICT COURT**

14                         **DISTRICT OF NEVADA**

15

16 | OUTLAW LABORATORY, LP, a          | **CASE NO. 2:18-cv-00369**            |
   | Texas limited partnership,         |                                       |
17 |                                    |                                       |
18 |             Plaintiff,             |                                       |
   |                                    | **Stipulation and Order**             |
19 | vs.                                | **Dismissing Claims against**         |
   |                                    | **Higuchi Developer, Inc.**           |
20 |                                    |                                       |
21 | TREPCO IMPORTS &                   |                                       |
   | DISTRIBUTION, LTD. D/B/A           | ECF No. 61                            |
22 | TREPCO WEST D/B/A TREPCO           |                                       |
   | SALES COMPANY D/B/A                |                                       |
23 | KENNEDY WHOLESALE, a               |                                       |
24 | Michigan Corporation, DAVID        |                                       |
   | WEBBER D/B/A WHOLE SCIENCE         |                                       |
25 | HEALTH D/B/A PASSION PLUS,         |                                       |
   | an individual, HILAL SOHAM         |                                       |
26 | TOMA D/B/A CITY SMOKES &           |                                       |
27 | VAPORS, an individual, HIGUCHI     |                                       |
   | DEVELOPER, INC., a Nevada          |                                       |
28 |                                    |                                       |

                    **JOINT STIPULATION TO DISMISS**

|   |   |
|---|---|
| 1 | Corporation, ALPHA SMOKE SHOP INC, a Nevada Corporation, MUKUND NAIK D/B/A JAY'S SMOKE SHOP & GIFT SHOP, an individual, RYAN STORE INC D/B/A A&A SMOKE SHOP, a Nevada Corporation, MIRACLE 21 CORPORATION D/B/A CIGARETTES FRAGRANCES, a Nevada Corporation, HIGH CLASS HOOKAH SHOP, L.L.C., a Nevada Limited Liability Company, JTR INCORPORATED D/B/A MR. BILL'S PIPE & TOBACCO COMPANY, a Nevada Corporation, and DOES 1 through 100, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | Defendants. |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Outlaw Laboratory, LP and Defendant Higuchi Developer, Inc. (collectively, the "Parties"), hereby file this Joint Stipulation to Dismiss, and move for the dismissal with prejudice of Defendant Higuchi Developer, Inc. Parties agree to each bear their own attorneys' fees and costs.

DATED: March 21, 2019                           TAULER SMITH LLP

                                                By: __/s/ Kevin Valsi_____
                                                Kevin Valsi
                                                OUTLAW LABORATORY, LP


DATED: March 21, 2019                           SEMENZA KIRCHER RICKARD

                                                By: __/s/ Jarrod L. Rickard_____
                                                Jarrod L. Rickard
                                                HIGUCHI DEVELOPER, INC.

## ORDER

Based on the parties' stipulation **[ECF No. 61]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST **Higuchi Developer, Inc.** are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 23, 2019