AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Outlaw Laboratory, LP

        Plaintiff,

v.

Trepco Imports & Distribution, LTD, et al.,

        Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-00369-JAD-CWH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Judgment is entered in favor of Defendant Trepco Imports & Distribution, LTD and against Plaintiff Outlaw Laboratory, LP.

5/7/2019
Date

DEBRA K. KEMPI
Clerk

/s/ S. Denson
Deputy Clerk